ACCEPTED
03-15-00011-CV
5299220
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/15/2015 10:58:12 AM
JEFFREY D. KYLE
CLERK

No. 03-15-00011-CV

In the

# Third District Court of Appeals

Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/15/2015 10:58:12 AM
JEFFREY D. KYLE
Clerk

CLARE TREVARTHEN

*Appellant*

V.

NATIONSTAR MORTGAGE LLC; AUCTION.COM; JEREMIAH MCCLAIN; PAMELA CIRKIEL; SHAMICA THOMAS; AND HELEN G. KINNEMAN

*Appellees.*

*Trial Court Cause No. 14-0187-C26*
*In the 26th Judicial District Court of Williamson County, Texas*
*Honorable Donna King, Presiding*

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF

TO THE HONORABLE COURT OF APPEALS:

Appellee, Nationstar Mortgage LLC ("Nationstar"), respectfully moves to extend the time for filing its brief by thirty days, to and including June 19, 2015, as follows:

1.      This is an appeal from a Final Order Granting Defendant Nationstar Mortgage LLC's Traditional and No-Evidence Motion for Summary Judgment and Motion to Sever, which the trial court signed on November 10, 2014.  CR:729-30.

2.      Appellant filed a notice of appeal on December 3, 2014.  CR:731.

3.      The clerk's record and reporter's record were filed on February 2, 2015.

1

4.     Appellant's brief was initially due on March 9, 2015.   Appellant subsequently filed two unopposed motions for extensions for a total of 42 days, which were granted.  Appellant filed her brief on April 20, 2015.

5.     Nationstar's brief is currently due by May 20, 2015.  Nationstar seeks a thirty-day extension of time to file its brief, to and including June 19, 2015.

6.     In support of the requested extension, Nationstar would show that Daron L. Janis, who has primary responsibility for drafting Nationstar's brief, has had a number of commitments during the initial briefing period, including a trial and two summary judgment hearings, that have required his time and attention and made him unable to prepare a brief by the current deadline.  The other attorneys who are assisting Mr. Janis with preparation of Nationstar's brief have had similar commitments during the initial briefing period.

7.     This is Nationstar's first request for an extension of time.  As reflected in the Certificate of Conference below, this request is unopposed.

## PRAYER

WHEREFORE, Nationstar prays that the Court grant this motion and extend the deadline for filing Appellee's Brief in this matter by thirty days, to and including June 19, 2015.  Nationstar also prays for such other and further relief to which it may be entitled in law or in equity.

Respectfully submitted,


*/s/ Daron L. Janis*
B. David L. Foster
  State Bar No. 24031555
  *dfoster@lockelord.com*
John W. Ellis
  State Bar No. 24078473
  *jellis@lockelord.com*
LOCKE LORD LLP
600 Congress Avenue, Suite 2200
Austin, Texas 78701
(512) 305-4700
(512) 305-4800 – Facsimile

Thomas G. Yoxall
  State Bar No. 00785304
  *tyoxall@lockelord.com*
Daron L. Janis
  State Bar No. 24060015
  *djanis@lockelord.com*
LOCKE LORD LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas  75201
(214) 740-8000
(214) 740-8800 – Facsimile

COUNSEL FOR APPELLEE
NATIONSTAR MORTGAGE LLC


## CERTIFICATE OF CONFERENCE

I certify that on May 15, 2015, I conferred with David Rogers, counsel for Appellant, who advised that he does not oppose the foregoing motion.


*/s/ Daron L. Janis*
Daron L. Janis

**CERTIFICATE OF SERVICE**

I certify that on May 15, 2015, I am electronically filing this document through the electronic filing service provider, efile.txcourts.gov (the "EFSP"). Based on the EFSP's records, the EFSP will transmit a Notification of Service to the following individual(s):

David Rogers (Firm@DARogersLaw.com)
COUNSEL FOR APPELLANT

/s/ Daron L. Janis
Daron L. Janis

.